# Exhibit 3

**From:** **ColorByAmber** support@colorbyamber.com
**Subject:** Re: [ColorByAmber] License
**Date:** December 19, 2017 at 11:42 AM
**To:** Yesh Music Licensing contact@yeshmusic.com

##- Please type your reply above this line -##

Your request (35033) has been updated. To add additional comments, reply to this email.

### Hannah (ColorByAmber)
Dec 19, 09:42 MST

Good Morning!

Thank you for getting back to me on this! I've showed this to Color By Amber's Marketing Director and they are going to get all the information that you need so we can get it out to you.

Hannah

### Yesh Music Licensing
Dec 19, 09:07 MST

https://www.youtube.com/watch?v=zMKPiQnsRWE

### Hannah (ColorByAmber)
Dec 18, 13:08 MST

Happy Monday!

I would love to help make sure everything is okay, but we post a lot of videos, and have many with music, can you send me a specific link to the video with this music so I can get you the right information?

Thank you!

Hannah

**Yesh Music Licensing**

Dec 15, 20:03 MST

Hello,

we noticed Color By Amber is displaying video content paired with the music of The American Dollar, whom we represent. We do not have any record of granting a license for these pieces, we request that you kindly forward your license information for the use of their music to our email address: contact@yeshmusic.com

Thank You,
Yesh Music Licensing

This email is a service from ColorByAmber.